# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M6H | F5226753 | Brassington | 2439 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 11/27/21 | 36 CFR 261.5(d) |

**Place of Offense**
Custer Gallatin NF 183 Trail

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Leaving a fire without completely extinguishing it

### DEFENDANT INFORMATION
Phone: (406) 589-8028

Last Name: STERN
First Name: Scott
M.I.: J

Street Address: [REDACTED]

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.
James F. Battin Federal

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT →** $ 230 Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: James F. Battin Federal Courthouse, 2601 2nd Ave. North, Billings, MT 59101
Date: 3/15/22
Time: 9:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*F5226753*   FS-5300-4 (1/2020)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

See Attached

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/28/2021    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident